# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

November 15, 2019

NOV 2 1 2019

**BY ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:*   *Mahuiztl-Atilano, et al. v. Pio Restaurant, LLC, et al.*
          *Case No. 18-CV-3689 (AJN) (HBP)*

Dear Judge Nathan,

    We are counsel to the plaintiffs in the above-referenced matter. Earlier today, we filed our request that a default be entered against the defendants in accordance with the Court's Order. However, because a default has not yet actually been entered, we request that plaintiffs be given an additional week to file a renewed motion for default judgment, which was previously granted but administratively denied until a default is entered.

**SO ORDERED**

    No previous request for similar relief has been made, and no other dates would be affected.

    We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

SO ORDERED: 11/21/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE