UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Roberto Mahuiztl-Atilano, et al.,
                        Plaintiffs,

               18 CIVIL 3689 (AJN)

       -against-             **DEFAULT JUDGMENT**

Pio Restaurant, LLC, et al.,
                        Defendants.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated November 20, 2020, Plaintiffs' motion for default judgment is hereby GRANTED. Judgment is entered in Plaintiffs' favor against Defendants in the amount of $354,856.50 in unpaid minimum wages, overtime compensation, and spread-of-hours premium, together with liquidated damages in the amount of $354,856.50, statutory damages in the amount of $60,000, and attorney's fees and costs in the amount of $13,215.23, amounting in total to $782.928.23; accordingly, the case is closed.

**DATED**: New York, New York
           November 20, 2020

                                        **RUBY J. KRAJICK**
                                           Clerk of Court

                                     BY: _____
                                              Deputy Clerk